AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Michigan

United States of America
v.

MICHAEL SIWEK

*Defendant(s)*

Case No. 1:24-mj-00528

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 12/03/2024 in the county of Kent in the Western District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2251(a) | Production of child pornography |

This criminal complaint is based on these facts:

See the attached Continuation.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI TFO Christopher Goehring

*Printed name and title*

The Court processed the complaint remotely. The Court verified the Affiant's identity (by AUSA confirmation and through Affiant self-identification). Affiant attested to the affidavit and complaint via telephone, which the AUSA transmitted by remote electronic means (e-mail). The Court signed the original complaint and transmitted a correct copy of same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rules 3 and 4.1.

Date: December 13, 2024

*Judge's signature*

City and state: Grand Rapids, Michigan

Sally J. Berens, U.S. Magistrate Judge

*Printed name and title*