UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL EDWARD SIWEK,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:25-cr-4

**ORDER OF BOND REVOCATION AND DETENTION**

The parties appeared before me on May 5, 2025, for a bond revocation hearing. Defendant was represented by appointed counsel, Sam Roddy. The court finds by clear and convincing evidence that Defendant has violated conditions of release, by, inter alia, using a computer with Internet access without prior permission, and by contacting Ms. Ford on several occasions using numerous outlets. Further, Defendant is unlikely to abide by any condition or combination of conditions of release. Accordingly:

**IT IS ORDERED** that Defendant's bond is revoked pursuant to 18 U.S.C. § 3148, and Defendant is ordered detained pending further proceedings in this matter. Defendant is committed to the custody of the Attorney General until further order of the court.

Dated: May 5, 2025

    /s/ Sally J. Berens
    SALLY J. BERENS
    U.S. Magistrate Judge