UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL EDWARD SIWEK,

    Defendant.

_____/

Case No. 1:25-cr-4

HONORABLE PAUL L. MALONEY

## **ORDER GRANTING MOTION FOR NEW COUNSEL AND ENTERING ENDS OF JUSTICE CONTINUANCE**

On April 41, 2025, Attorney Elizabeth LaCosse filed a motion for leave to withdraw as counsel for Defendant (ECF No. 41).  On May 12, 2025, the parties appeared before the Court for a hearing on the motion.  At the hearing, Defendant requested the Court allow Attorney LaCosse to withdraw as counsel of record and appoint new counsel to represent him further in this matter.  For the reasons and grounds set forth from the bench at the hearing which are incorporated herein by reference, the Court grants the motion and replacement counsel shall be appointed.

The Court also finds on the basis of the hearing that failure to grant an ends of justice continuance in this instance would deny newly-appointed counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  Recognizing the necessity of the appointment of new counsel, a prudent continuance under the Speedy Trial Act to allow counsel to adequately prepare for trial in this matter outweighs the interests of the public and the Defendant in a speedier trial.  18 U.S.C. § 3161(h)(7)(A).  Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw as counsel for Defendant (ECF No. 41) is GRANTED.  Replacement counsel shall be appointed.

**IT IS FURTHER ORDERED** that an ends of justice continuance is hereby entered as of the date of this order.

**IT IS FURTHER ORDERED** that the deadline to file Rule 12 motions is **July 28, 2025**.  The final pretrial conference is rescheduled to **September 15, 2025 at 4:00 p.m.**  The jury trial is rescheduled to **September 23, 2025 at 8:45 a.m.**

Dated:  May 13, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/  Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge