United States D[istrict Court]

United States
v.
Michael Edward Siwek

Hon[...]

1:25-cr-00004-PLM-1

## Motion for Reconsideration of 5-5-25 Motion Decision

Now Comes Defendant Michael E. Siwek and brings this motion for Reconsideration from the May 5, 2025 decision of this Court, and in support states as follows:

1. This Court decided to terminate Defendant's bond on May 5, 2025 after feeling it had no reasonable alternative.
2. That, however, Defendant was not afforded the opportunity to provide a proposal.
3. That Defendant's parents had been providing his residence.
4. That Michael and Patricia Siwek are upright, just citizens.
5. That Mr. and Mrs. Siwek complied with all rules of the Court regarding Defendant's bond.

6. That Defendant was never allowed to access the internet or their phones, except as explicitly authorized.

7. On the date of Defendant's divorce hearing, Defendant was mandated to appear for the divorce hearing via Zoom.

8. Defendant requested use of Mrs. Sinek's phone for the purpose of attending this Zoom hearing ONLY.

9. Mrs. Sinek, believing this to be an authorized exception to the Defendant's prohibition, allowed this limited use.

10. That Defendant knows now that he should have obtained specific authorization from his probation agent to do those things.

11. That Now, however, Defendant believes that the Court's purposes can be achieved through:

   A. Having both parents change their passwords and swear to the Court that they will NOT ALLOW any unauthorized use of their phones by Defendant

B. Requiring both parents to change their passwords to their smart phones and authorize the probation agent to randomly check the phones to ensure compliance.

C. Indicating that ANY violation might result in immediate revocation of bond

D. And take ANY other measures necessary to ensure compliance.

12. That this release on bond is especially necessary as Defendant is currently seeking to represent himself in this matter.

5-6-25

Michael E. Siwek
P64198

