United States District Court

United States
v.
Michael E. Siwek

Hon. Paul Maloney

---

## Defendant's Request for Self Representation

1. Defendant was left destitute upon his arrest.

2. Defendant was appointed counsel.

3. After initial appearances, Mr. Douglas took a new job in California.

4. Defendant was ultimately appointed a new attorney, Beth LaCoss, out of Marquette.

3. Nearly 3 months after his arrest, Defendant met his attorney via Zoom.

6. That, after this introduction Defendant requested to do his own research and look into his case but he was ignored and heard nothing for another month.

7. That, in mid March, Defendant met his att. in person for the first time and she presented him with a plea agreement.

8. Defendant asked about potential motions and he was told that time had passed.

9. The next time Defendant had attorney contact he met with his attorney at her office in mid April and Def. and att. agreed he would seek self representation.

10. That Defendant is an attorney licensed in Michigan and admitted to practice in this court since 2002.

11. That although he performed his work in the Circuit and District courts of Michigan, he is capable to represent criminal Defendants, or himself, in this court.

Wherefore Defendant requests:

A. That Defendant be allowed to represent himself personally in these proceedings.

B. That all relevant dates in these proceedings be adjourned, including reopening the motion period.

C. Confirm that necessary experts will be paid for at government expense.

D. That Defendant be allowed to use a personal computer, without internet access, so he may properly draft documents.

E. That Defendant be granted the new, unopened, in the box personal computer at his marital home with printer for these purposes;

F. That Defendant be appointed an independent attorney in the Grand Rapids area to assist him as needed and facilitate research.

G. And Further relief as deemed necessary.

5-5-2025

Michael E. Sisek
(P64198)
836 Springwood Dr SE
Kentwood, MI
49508

