UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                           Case No. 1:25-cr-4

MICHAEL EDWARD SIWEK,               HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER REJECTING PLEADINGS

On May 12, 2025, the parties appeared before the court on Attorney Elizabeth LaCosse's motion to withdraw from further representation of Defendant Michael Siwek. At the hearing, the Defendant asked the court to grant the motion and appoint replacement counsel to represent him. The motion was granted and replacement counsel appointed (ECF No. 54).

On May 13, 2025, three documents received in the Clerk's Office on May 12, 2025 from the Defendant, *pro se*, were placed on the docket for this case (ECF Nos. 55, 56, and 57). The Court has reviewed the documents and orders the Clerk to REJECT the motion for reconsideration of revocation of bond (ECF No. 55), the supplement to the motion for reconsideration (ECF No. 56) and the motion for self-representation (ECF No. 57) because the defendant is represented by counsel and all filings should be submitted to the court through counsel. Newly appointed counsel may re-file a motion for reconsideration of the order revoking bond.

    **IT IS SO ORDERED**.

Dated:  May 14, 2025                                             /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge