UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

**UNITED STATES OF AMERICA,**

        **Plaintiff,**                                  **Case No. 1:25-CR-4**

        v.                                           **Hon. Paul L. Maloney**

**MICHAEL EDWARD SIWEK,**

        **Defendant.**

---

**DEFENDANT'S MOTION FOR REINSTATEMENT OF BOND**

---

Michael Siwek, through counsel, moves for the reinstatement of bond in this case. In support, he states:

1. Defendant was charged with sexual exploitation of a child, in violation of 18 U.S.C. §§2251(a) and (e) and 2256(2); and one count of possession of child pornography, in violation of 18 U.S.C. §§2252A(a)(5)(B) and (b)(2), and 2256(8)(A).

2. Pretrial bond was set on December 18, 2024.

3. One of the bond conditions barred Defendant from accessing the internet.

4. Defendant is the defendant in a divorce case pending in the Circuit Court of Kent County.

5. Defendant was ordered to appear in pretrial proceedings in that case by Zoom.

6. Defendant made the appearance by Zoom.

7. Upon information and belief, Defendant's bond was revoked because he accessed the internet.

8. If Defendant is again admitted to bond, he hopes to reside with his parents at 836 Springwood Drive, SE, Kentwood, Michigan.

9. His parents have no criminal history and are willing to come before the Court to pledge that they will not provide Defendant with internet access.

10. Defendant has several serious health issues, including: Alexander's Disease.

11. Defendant acknowledges that he violated the terms of bond by appearing in court by Zoom.

12. Defendant did not intentionally violate the bond condition, and he will not make the mistake again.

**WHEREFORE**, Michael Siwek moves this Court to reinstate his original bond in this case and add any conditions that the Court deems appropriate.

Date: June 2, 2025           **SCOTT GRAHAM PLLC**

By:   /s/ Scott Graham
      Scott Graham
      Attorney for Defendant
Business Address:
      1911 West Centre Avenue, Suite C
      Portage, Michigan 49024
      (269) 327.0585