UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL EDWARD SIWEK,

      Defendant.
_____/

Case No.: 1:25-CR-004

HON. PAUL L. MALONEY
United States District Judge

## MOTION FOR LEAVE TO FILE RESPONSE EXHIBITS 1-3 UNDER RESTRICTED ACCESS

Now comes the United States of America by Andrew Byerly Birge, Acting United States Attorney for the Western District of Michigan, and Jonathan Roth and Doaa Al-Howaishy, Assistant United States Attorneys, and moves the Court for leave to file their response exhibits 1-3 under restricted access in the above-entitled case for the reason that public disclosure of the documents contain personal identifying information regarding a witness.

      Respectfully submitted,

      ANDREW BYERLY BIRGE
      Acting United States Attorney

Dated: June 4, 2025

*/s/ Jonathan Roth*
JONATHAN ROTH
DOAA AL-HOWAISHY
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404