UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL EDWARD SIWEK,

      Defendant.
_____/

Case No.: 1:25-CR-004

HON. PAUL L. MALONEY
United States District Judge

## ORDER

The United States having moved the Court for leave to file its response exhibits 1-3 under restricted access, and having shown cause,

Leave of court is granted for the filing of its response exhibits 1-3 under restricted access. Access shall be provided to the Court and attorneys for the government and the named defendant only.

Dated: June 5, 2025

/s/ Sally J. Berens
SALLY J. BERENS
United States Magistrate Judge
Western District of Michigan