UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

                                          Hon. Paul L. Maloney

v.

                                          Case No. 1:25-cr-4

MICHAEL EDWARD SIWEK,

    Defendant.
_____/

**ORDER**

      This matter is before the Court on Defendant's Motion for Reinstatement of Bond (ECF No. 59). Upon review of the motion and related filings, the motion (ECF No. 59) is denied.

      A Court's bond decision may only be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2)(B). "In other words, the new information must be of a nature that would increase the likelihood that the defendant will appear at trial and would show that the defendant is less likely to pose a danger to the community." *United States v. Watson*, 475 F. App'x 598, 600 (6th Cir. 2012).

      Defendant does not offer any new information. Instead, Defendant's motion proceeds on the incorrect assertion that his bond was revoked solely because he accessed the internet. While his access of the internet was certainly a violation of his bond, far more troubling to the Court, and

as discussed at length in the bond revocation hearing, were his repeated attempts to contact his now ex-wife, a witness in the case. The Court finds no basis to revisit its prior decision.

    IT IS SO ORDERED.

Dated: June 12, 2025                                      /s/ Sally J. Berens
                                                                               SALLY J. BERENS
                                                                               U.S. Magistrate Judge

Case 1:25-cr-00004-PLM    ECF No. 66,  PageID.180    Filed 06/12/25    Page 2 of 2