United States District Court
Western District of Michigan
Southern Division

United States, Plaintiff

v.

Michael Edward Sieck,
Defendant

No. 1:25-cr-4

Hon. Paul L. Maloney
U.S. District Court Judge

## Motion to discharge appointed attorney and Represent Self

Now comes Defendant and brings this motion and states in support:

1. That Defendant was recently appointed a new Court Appointed Attorney, Scott Graham.

2. That no legal lawyer/client relationship has ever been established.

3. That Defendant has spoken with Mr. Graham only once, and on that one occasion, he expressed an urgent need for a bond motion, and outlined the basis for that motion.

4. That, despite saying the motion was being filed immediately, attorney Graham waited a week and a half, then filed a half-hearted motion with no supporting brief.

5. That the prosecution immediately filed a response, with a brief.

6. That the response could easily have been defeated with a simple Reply Brief outlining that the prosecutor was simply attempting to relitigate arguments already defeated.

7. That no Reply was filed, and Court, unsurprisingly, denied the motion

8. That Defendant has still not heard from the attorney.

9. That more than another month has passed since Defendant's new attorney was appointed yet NO PROGRESS has been made with Defendant's case.

10. Defendant requests now to represent himself so that progress may be made with his defense.

11. That, should this matter require trial, Defendant proposes that he may obtain an attorney to assist with

handling the trial.

12. That Defendant was a practicing criminal attorney when this matter was commenced.

13. That Defendant was admitted to practice in this federal court in 2002.

Wherefore, Defendant requests that he be permitted to discharge attorney Graham and proceed with self representation.

Date: 9-26-25

Michael E. Sivek (P64798)

Inmate: M. Siwek
Van Buren County Sheriff
JAIL
205 S. Kalamazoo Street
Paw Paw, MI. 49079

RECEIVED - KZ
June 30, 2025 2:17 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:_____ems_____

RECEIVED
JUN 30 2025
PAUL L. MALONEY
U.S. DISTRICT JUDGE

FIRST-CLASS

US POSTAGE ᴾᴵᵀᴺᴱʸ ᴮᴼᵂᴱˢ
ZIP 49009
$ 000.97⁰
Jail Admin
VBC

THIS MAIL IS FROM A PERSON INCARCERATED AT THE VAN BUREN COUNTY JAIL

Clerk's Office
U.S. District Court
Western District of Michigan, Southern D[ivision]
410 W. Michigan Avenue
Kalamazoo, MI 49007