UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                        Case No. 1:25−cr−00004−PLM

v.                                  Hon. Paul L. Maloney

MICHAEL EDWARD SIWEK,

      Defendant.
_____/

## ORDER REJECTING PLEADING

      The Court has examined the following document(s) received June 30, 2025 and orders the Clerk to reject the Motion for Resumption of Bond, Brief in Support, Motion to Perform Legal Research, and Letter and return the document(s) to Michael Edward Siwek for the reason(s) noted below:

      Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

      IT IS SO ORDERED.

Dated:  July 7, 2025                        /s/ Sally J. Berens
                                                SALLY J. BERENS
                                                U.S. Magistrate Judge