UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                    Case No. 1:25–cr–00004–PLM

v.                                 Hon. Paul L. Maloney

MICHAEL EDWARD SIWEK,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):      Motion to Disqualify Counsel – #68
Date/Time:     July 21, 2025   11:00 AM
District Judge:  Paul L. Maloney
Place/Location:  174 Federal Building, Kalamazoo, MI

                                        PAUL L. MALONEY
                                        United States District Judge

Dated:  July 8, 2025       By:    /s/ Amy C. Redmond_____
                                        Case Manager