UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL EDWARD SIWEK,

      Defendant.
_____/

Case No. 1:25−cr−00004−PLM

Hon. Paul L. Maloney

### ORDER REJECTING PLEADING

    The Court has examined the following document(s) received July 9, 2025 and orders the Clerk to reject the Supplemental Brief and return the document(s) to Michael Edward Siwek for the reason(s) noted below:

    Filer is represented by counsel. All filings should be submitted to this Court through Filer's counsel.

    IT IS SO ORDERED.

Dated:  July 9, 2025

                    /s/ Sally J. Berens
                  SALLY J. BERENS
                  U.S. Magistrate Judge