UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                                 Case No. 1:25-cr-4

MICHAEL EDWARD SIWEK,                                              HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER DISMISSING MOTION FOR DISCHARGE OF COUNSEL AND GRANTING MOTION FOR ENDS OF JUSTICE CONTINUANCE

On June 30, 2025, Defendant filed a *pro se* motion for the discharge of court-appointed Attorney Scott Graham (ECF No. 68). On July 21, 2025, the parties appeared before the Court for a hearing on the motion. At the hearing, Defendant withdrew his motion and requested Attorney Graham continue to represent him. Accordingly, the Court will dismiss Defendant's motion to discharge counsel as withdrawn.

At the hearing, Defendant also requested an ends of justice continuance of the trial date to allow for the filing of pretrial motions. For the reasons and grounds set forth from the bench at the hearing which are incorporated herein by reference, the Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the oral motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (B)(iv). Therefore,

**IT IS HEREBY ORDERED** that Defendant's motion to discharge court-appointed counsel (ECF No. 68) is DISMISSED AS WITHDRAWN.

**IT IS FURTHER ORDERED** that the oral motion for an ends of justice continuance is GRANTED.  The deadline to file Rule 12 motions is **September 30, 2025**.  The final pretrial conference is rescheduled to **December 1, 2025 at 3:30 p.m.**.  The jury trial is rescheduled to **December 8, 2025 at 8:45 a.m.**.

Dated:  July 22, 2025                                                      /s/  Paul L. Maloney
                                                                                         Paul L. Maloney
                                                                                         United States District Judge