UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL EDWARD SIWEK,

    Defendant.
_____/

Hon. Paul L. Maloney

Case No. 1:25-cr-4

**ORDER**

This matter is before the Court on Defendant's Motion for Reconsideration of Bond (ECF No. 75). Upon review of the motion and related filings, the motion (ECF No. 75) is denied.

A Court's bond decision may only be reopened "if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2)(B). "In other words, the new information must be of a nature that would increase the likelihood that the defendant will appear at trial and would show that the defendant is less likely to pose a danger to the community." *United States v. Watson*, 475 F. App'x 598, 600 (6th Cir. 2012).

Defendant does not offer any new, material information. Instead, he argues that, now that his divorce has become final, he has no reason to try to contact his ex-wife again. He suggests that, "while representing himself, he "tried to engage in different ways to reconcile and, in the alternative, to negotiate a resolution of the divorce case." (ECF No. 75, PageID.247.) First, any

suggestion that he only contacted her because he was representing himself in the divorce is disingenuous; he was well-aware that she was represented by counsel. (ECF No. 47, PageID.138.) Second, the finality of a divorce proceeding does not remove the risk that Defendant will violate the Court's order not to contact his ex-wife, who remains a material witness in his criminal case, as he did repeatedly before his bond was revoked. Thus, the Court finds no basis to revisit its prior decision.[1]

    IT IS SO ORDERED.

Dated: August 18, 2025                          /s/ Sally J. Berens
                                                           SALLY J. BERENS
                                                           U.S. Magistrate Judge

---

[1] The other facts proffered in the motion for reconsideration were previously before the Court at the hearing at which Defendant's bond was revoked.