United States District Court
Western District of Michigan
Southern Division

| | |
|---|---|
| United States, Plaintiff, | No. 1:25-cr-4 Hon. Paul L. Maloney U.S. District Court Judge |
| v. | |
| Michael Sliwa, Defendant | |

FILED - KZ
September 5, 2025 12:54 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by ES/ 9|5

## Defendant's Motion to Discharge Attorney and For Self Representation

NOW COMES Defendant and brings this motion, and in support states as follows:

1. On June 26, 2025 Defendant filed this same motion because he had not spoken with his attorney for 2 months and the motion period had passed, and nothing had occurred.

2. On the eve of the motion hearing, Defendant met with his attorney and was given assurance that the relationship would improve and progress would be made with his case.

3. At the hearing, Defendant withdrew his motion to give his attorney the chance to rectify the situation as promised.

4. That has not occurred.
5. That Defendant has not spoken with his attorney since the hearing.
6. That Defendant's attorney is clearly too busy to give Defendant's case the attention needed to address all issues.
7. That Defendant is fully capable of defending himself in these proceedings.

WHEREFORE Defendant request that the Court discharge his attorney and authorize his self representation.

August 29, 2025

Michael E. Sdwek
(P64198)

Inmate: M. S[...]
Van Buren County Sheriff
JAIL
205 S. Kalamazoo Street
Paw Paw, MI. 49079

GRAND RAPIDS MI 493
3 SEP 2025 PM 4 L

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 49009 $ 000.74
02 7W
0008028433 SEP 02 2025

Office of the Clerk
United States District Court
107 Federal Buildings
410 W. Michigan Avenue
Kalamazoo, MI 49007

THIS MAIL IS FROM A
PERSON INCARCERATED AT
THE VAN BUREN COUNTY JAIL

49007-375799