UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 1:25–cr–00004–PLM

v.                                  Hon. Paul L. Maloney

MICHAEL EDWARD SIWEK,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):       Motion to Substitute Attorney – #79
Date/Time:      September 22, 2025   02:30 PM
District Judge:   Paul L. Maloney
Place/Location:  174 Federal Building, Kalamazoo, MI

                                        PAUL L. MALONEY
                                        United States District Judge

Dated:  September 10, 2025     By:  /s/ Amy C. Redmond
                                            Case Manager