UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                 Case No. 1:25-cr-4

v.

                                 HONORABLE PAUL L. MALONEY

MICHAEL EDWARD SIWEK,

    Defendant.

_____/

## ORDER GRANTING MOTION TO DISCHARGE APPOINTED COUNSEL

Pending before the court is Defendant Michael Siwek's *pro se* motion to discharge appointed counsel and allow him to represent himself in this case (ECF No. 79).

On September 22, 2025, the parties appeared before the court for a hearing on the motion. During the hearing, Defendant requested the court grant his motion and allow him to represent himself but requested appointed counsel, Attorney Scott Graham, remain as standby counsel. For the reasons stated on the record and incorporated herein by reference,

**IT IS HEREBY ORDERED** that Defendant's *pro se* motion to discharge appointed counsel and allow him to represent himself (ECF No. 79) is GRANTED.

**IT IS FURTHER ORDERED** that Attorney Scott Graham shall serve as standby counsel to assist the defendant or replace the defendant if the court determines during trial that the defendant can no longer be permitted to proceed pro se.

Dated:  September 23, 2025                      /s/  Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge