UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL EDWARD SIWEK,

    Defendant.
_____/

Case No. 1:25-cr-4

HONORABLE PAUL L. MALONEY

## ORDER REGARDING RESPONSE TO MOTION

On October 10, 2025, Defendant filed a motion for reconsideration of the order denying Defendant's appeal of the magistrate judge's order revoking bond (ECF No. 88). The government shall file a response to the motion by **12:00 p.m. (noon) on October 17, 2025**. In its response, the government shall only address the assertion regarding missed doses of medication.

**IT IS SO ORDERED.**

Dated:  October 15, 2025            /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge