UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL EDWARD SIWEK,

      Defendant.
_____/

No. 1:25-cr-4

Hon. Paul L. Maloney
U.S. District Judge

## MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS

Now comes the United States of America by Timothy VerHey, United States Attorney for the Western District of Michigan, and Jonathan Roth, Assistant United States Attorney, and moves the Court for leave to file a partial response to defendant's motion for reconsideration and motion for extension under restricted access in the above-entitled case for the reason that the response contains medical information.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: October 16, 2025

*/s/ Jonathan Roth*
JONATHAN ROTH
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI  49501-0208
(616) 456-2404

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2025, a copy of the Government's Motion for Leave to File Under Restricted Access was mailed to the defendant at the following address of record:

    Michael Edward Siwek, J25-20492
    Van Buren County Jail
    205 S Kalamazoo St.
    Paw Paw, Michigan 49079

                                              Respectfully submitted,

                                              TIMOTHY VERHEY
                                              United States Attorney

Dated: October 16, 2025                    */s/ Jonathan Roth*
                                              JONATHAN ROTH
                                              Assistant United States Attorney