UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL EDWARD SIWEK,

        Defendant.

_____/

No. 1:25-cr-4

Hon. Paul L. Maloney
U.S. District Judge

## ORDER

The United States having moved the Court for leave to file its partial response to defendant's motion for reconsideration and motion for extension under restricted access, and having shown cause,

Leave of court is granted for the filing of its partial response under restricted access. Access shall be provided to the Court and attorneys for the government and the named defendant only.

Dated:   October 17, 2025                /s/ Paul L. Maloney

                                                PAUL L. MALONEY
                                                United States District Judge