UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                Case No. 1:25-cr-4

MICHAEL EDWARD SIWEK,                HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

The Court has reviewed the response by the government to Defendant Michael Siwek's motion for reconsideration of an order denying his appeal of magistrate judge decision (ECF No. 93). In its response, the government requests an extension of the October 17, 2025 deadline to respond. Upon due consideration by the Court, the motion is GRANTED. The deadline is extended to **October 22, 2025**.

    **IT IS SO ORDERED**.

Dated: October 17, 2025                                          /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         United States District Judge