United States District Court
Western District of Michigan
Southern Division

United States ~~District Court~~ of America,
Plaintiff,

v.

Michael E. Sipek,
Defendant

Hon. Paul L. Maloney
Case No. 1:25-cr-4

FILED - KZ
October 20, 2025 1:40 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems   Scanned by BS/10/20

---

Defendant's Motion for Assistance/Services, Privileged Non-recorded Phone Calls and Adjournment of Trial and Dates

NOW COMES Defendant and brings this motion, and in support states:

1. That Defendant understands that he had been awarded, through his appointed attorney, a government funded investigator, a government funded paralegal, and multiple funded experts.

2. That Defendant is now self-represented, but he still requires these services.

3. That Defendant moves for the provision for an investigator and paralegal to aid his defense.

3. That Defendant also requires 2 or 3 government paid experts.
   A. an expert regarding his medical condition.
   B. an expert regarding his medications and their effects.
   and C. a psychologist regarding his condition.

4. That these expenses are vital to the Defendant's defense and he now moves for the same.

5. That, additionally, Defendant currently requires the ability to speak with individuals regarding his defense.

6. That Defendant now motions the Court to Order him non-monitored and non-recorded phone calls when discussing his case from the VanBuren County Jail.

7. That, additionally, Defendant's trial is currently scheduled for December 8, 2025.

8. That Defendant needs time to retain, meet, and have experts develop their reports and testimony regarding my defense. Defendant needs time to file multiple motions and further his defense.

9. That Defendant clearly requires and now moves for an adjournment of trial and relevant dates to allow for this preparation

of his defense.

WHEREFORE Defendant now motions the Court for an Order granting this requested relief.

10-10-2025
Date

Michael E. Siwek
(P64198)

Inmate: M. Siwek
Van Buren County Sheriff
JAIL
205 S Kalamazoo Street
Paw Paw, MI 49079

THIS MAIL IS FROM A PERSON INCARCERATED AT THE VAN BUREN COUNTY JAIL



Office of the Clerk
United States District Court
107 Federal Building
410 W. Michigan Avenue
Kalamazoo, Michigan 49007

FIRST-CLASS

US POSTAGE PITNEY BOWES
Jail Admin VBC
ZIP 49009 $000.74
02 7W
0008028433 OCT. 13 2025