UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL EDWARD SIWEK,

    Defendant.
_____/

Case No. 1:25-cr-4

HONORABLE PAUL L. MALONEY

## ORDER REGARDING RESPONSE TO MOTION

On October 21, 2025, Defendant Michael Siwek filed a motion for assistance/services, privileged non-recorded phone calls and adjournment of trial and dates (ECF No. 97). The Government shall file a response to the motion by **November 4, 2025**.

**IT IS SO ORDERED**.

Dated: October 21, 2025

    /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge