UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL EDWARD SIWEK, )<br>    Defendant. )<br>) | No. 1:25-cr-4<br><br>Honorable Paul L. Maloney |

## ORDER REGARDING MOTION FOR SERVICES AND SCHEDULING EX PARTE HEARING

This matter comes before the Court on Defendant's motion to adjourn trial dates and request various services. (ECF No. 97). This order addresses only the requests for services, and reserves judgment on scheduling for Defendant's trial.

Under 18 U.S.C. § 3006A(e)(1), courts may grant indigent defendants "investigative, expert, or other services necessary for adequate representation" after "appropriate inquiry in an ex parte proceeding" to determine whether those services "are necessary." Under this statute, Defendant must explain why the services are necessary to mount a plausible defense and how his case would be prejudiced without them. *See United States v. Gilmore*, 282 F.3d 398, 406 (6th Cir. 2002). The Government does not object to Defendant providing this explanation ex parte. (ECF No. 101 at PageID.389). The Court will thus hold a hearing for Defendant to provide his explanation ex parte. Even if his explanation is satisfactory, however, Defendant will not get everything he requests. The statute only makes explicit reference to investigatory services and retention of experts. Defendant does not cite any

1

authority for his requests for a paralegal, (ECF No. 97 at PageID.375), or for unmonitored telephone calls from jail, (*id.* at PageID.376). These requests will thus be denied.

The Court will hold an ex parte hearing on November 6, 2025, at 10 a.m. to hear Defendant's explanation for the requests for an investigator and for the retention of experts. Defendant shall appear with his standby counsel, Mr. Scott Graham.

**IT IS SO ORDERED.**

Date:  October 29, 2025                                              /s/ Paul L. Maloney
                                                                                   Paul L. Maloney
                                                                                   United States District Judge