Case 1:25-cr-00004-PLM    ECF No. 105, PageID.414    Filed 11/05/25    Page 1 of 3

FILED - KZ
November 5, 2025 2:25 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems  Scanned by ES /11/S

United States District Court
Western District of Michigan
Southern Division

United States of America,
　　Plaintiff,

v.

Michael Edward Sloek,
　　Defendant,

No. 1:25-cr-4
Hon. Paul L. Maloney

## Defendant's Supplemental Motion for Reconsideration

Now comes Defendant and supplements his prior motion with this renewed motion:

1. That Defendant received an Order denying the Motion for reconsideration dated 10-27-25. (5 days ago).

2. That the Magistrate, in her Order, stated that the only new argument provided was regarding Defendant's missed medications.

3. Defendant did make the allegation at the end of his motion, but that was not the thrust of his motion. Defendant sought to draw attention to the abuses more than employ it as an argument.

4. That the Court ignored the true argument in the motion, which was in fact NEW.

5. Defendant argued that he was

mistaken when he took these actions.

6. That, inexplicably, Defendant's two prior attorneys never made, briefed or argued the proposition that the contacts were a mistake and therefore excusable under Federal Law.

7. Defendant believed he was entitled to attend the divorce hearing via internet, although mistakenly.

8. Defendant believed he was allowed to meet to discuss the divorce with his wife because she filed it, while the criminal action was pending, mistakenly.

9. These actions were actual, honest mistakes, not intentional violations of his bond conditions.

10. Under Federal Law, Defendant is entitled to have these mistakes forgiven and his bond restored.

11. The prior attorneys failed to make these arguments that Defendant is entitled to.

12. That failure to argue this caused a palpable error, misleading the Court. A different result must occur.

WHEREFORE Defendant requests the motion be granted.

10-29-25
Date

Michael E. Slook (P64198)

Inmate: M. Siwek
Van Buren County Sheriff
JAIL
205 S Kalamazoo Street
Paw Paw, MI 49079

FIRST-CLASS

US POSTAGE — PITNEY BOWES
Jail Admin.
VBC   $ 001.03⁰
ZIP 4
02  7W
0008028433 OCT 31 2025

Office of the Clerk
107 Federal Building
410 W. Michigan Ave
Kalamazoo, MI
49007

THIS MAIL IS FROM A PERSON INCARCERATED AT THE VAN BUREN COUNTY JAIL

4900%3757 C004