UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:25-cr-4 |
| v. | ) | |
| | ) | Honorable Paul L. Maloney |
| MICHAEL EDWARD SIWEK, | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER REGARDING WITHDRAWAL OF SELF-REPRESENTATION AND APPOINTMENT OF COUNSEL

Defendant withdrew his request to represent himself in this case, and requested that his standby counsel, Mr. Scott Graham, be appointed to represent him. Mr. Graham accepted that appointment. The Court **GRANTS** Defendant's withdrawal from self-representation and appoints Mr. Graham to represent Defendant in this case.

**IT IS SO ORDERED.**

Date: November 6, 2025                    /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge

1