UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                        Case No. 1:25-cr-4

v.

                        HONORABLE PAUL L. MALONEY

MICHAEL EDWARD SIWEK,

     Defendant.

_____/

## ORDER REGARDING RESPONSE

On November 13, 2025, the Defendant, through counsel, filed a supplement to Defendant's *pro se* motion for assistance/services, privileged non-recorded phone calls and adjournment of trial and dates (ECF No. 110).  The Government shall file a response to the supplement by **November 18, 2025**.

**IT IS SO ORDERED**.

Dated:  November 14, 2025                     /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          United States District Judge