UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL EDWARD SIWEK,

    Defendant.
_____/

Case No. 1:25-cr-4

HONORABLE PAUL L. MALONEY

## ORDER GRANTING ENDS OF JUSTICE CONTINUANCE

    This matter is before the Court on Defendant's request for an ends of justice continuance. Currently, the final pretrial conference is scheduled for December 1, 2025, and the jury trial is scheduled for December 8, 2025. The request for a continuance was made to allow counsel, whose status recently changed from court appointed standby counsel to court appointed trial counsel, additional time to prepare for trial. A continuance will also allow Defendant additional time to pursue the retention of experts through counsel. The Government does not oppose the request (ECF No. 112).

    The Court finds that the ends of justice served by the granting of a continuance outweighs the best interest of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). Having considered the factors under § 3161(h)(7)(B) and the circumstances set forth in the motion, the Court finds that the additional time needed is warranted, and a miscarriage of justice would result absent the continuance. *See* 18 U.S.C. § 3161(h)(7)(B)(i),(B)(iv). Therefore,

**IT IS HEREBY ORDERED** that Defendant's Motion for Ends of Justice Continuance (ECF No. 97 and supplemented by ECF No. 110) is GRANTED.  The final pretrial conference is rescheduled to **February 17, 2026 at 2:30 p.m.**  The jury trial is rescheduled to **February 24, 2026 at 8:45 a.m**.

Dated:  November 21, 2025                              /s/  Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge