UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL EDWARD SIWEK,

Defendant.
_______________________________________/

No. 1:25-cr-4

HON. PAUL L. MALONEY
U.S. District Judge

**MOTION TO EXCLUDE OPINION TESTIMONY AND BRIEF IN SUPPORT**

In October 2025, Defendant moved this Court for an adjournment of the trial date, asking for additional time to retain one or more experts. (ECF No. 97.) The Court held an ex parte hearing to allow Defendant to explain the basis for his request. (ECF No. 107.) After that hearing, the Court issued an order acknowledging that it once again appointed Defendant's standby counsel to regular counsel. (ECF No. 107.) The Court also granted Defendant's motion for continuance to allow counsel to prepare for trial and explore the requested experts. (*Id.*)

More than three months have passed. Defendant has not made any of the necessary disclosures, pursuant to Rule 16, regarding expert testimony. Trial is scheduled for February 24, 2026. The government does not know if Defendant has been able to find the requested experts. However, if he has or still intends to, the disclosure will not be "sufficiently before trial to provide a fair opportunity for the government to meet the defendant's evidence." Fed. R. Crim. Pro. 16(b)(ii).

The government opposes any further adjournment of trial to facilitate a later disclosure because Defendant has already obtained numerous prior adjournments.

WHEREFORE, the government respectfully requests that this Court prohibit Defendant from eliciting opinion testimony.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: January 26, 2026

*/s/ Jonathan Roth*
JONATHAN ROTH
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404