UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL EDWARD SIWEK,

Defendant.
_____________________________/

Case No. 1:25-cr-4

HONORABLE PAUL L. MALONEY

**ORDER REGARDING RESPONSE TO MOTION TO EXCLUDE**

On January 26, 2026, the Government filed a motion to exclude opinion testimony (ECF No. 116). The Defendant shall file a response to the motion by **February 9, 2026**.

**IT IS SO ORDERED**.

Dated: January 29, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge