UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MICHAEL EDWARD SIWEK,

Defendant.
_______________________________/

No. 1:25-CR-4

HON. PAUL L. MALONEY
U.S. District Judge

**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER FOR ELECTRONIC EVIDENCE**

This matter is before the Court on the Joint Motion for Protective Order for Electronic Evidence. The Court, being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Joint Motion for Protective Order is **GRANTED**.

SO ORDERED, this 3rd day of February, 2026.

/s/ Paul L. Maloney
PAUL L. MALONEY
United States District Judge