UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>MICHAEL EDWARD SIWEK,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br>No. 1:25-cr-4<br><br>Honorable Paul L. Maloney |

**ORDER DISMISSING MOTION TO EXCLUDE AS MOOT**

This matter comes before the Court on the Government's motion to exclude expert testimony. (ECF No. 116). In that motion, the Government references Defendant's intentions to retain expert witnesses and notes that Defendant has made no required disclosures regarding expert testimony. The Government also states its opposition to any further delay in going to trial. Defendant's response is brief but indicates that Defendant "does not intend to call experts for trial." (ECF No. 121). Defendant has not requested another adjournment of the trial date. It appears that there is no actual live controversy between the parties regarding the issues raised in the Government's motion. The Government's motion (ECF No. 116) will thus be **DISMISSED AS MOOT**.

**IT IS SO ORDERED.**

Date: February 10, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge