United States District Court
Western District of Michigan
Southern Division

No. 1:25-cr-00004-PLM
Hon. Paul J Maloney

United States of America,
Plaintiff,

v.

Michael Edward Slivek,
Defendant.

FILED - KZ
June 1, 2026 2:43 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by mg / 6/2/26

# Defendant's Motion to Withdraw Guilty Plea

NOW COMES Defendant, Michael Edward Slivek, and brings this motion to withdraw his Guilty Plea, and in support states as follows:

1. That on February 24, 2026, Defendant pled guilty as charged to one count of sexual exploitation of a child, 18 USC 2251(a) and one count of possession of child pornography, 18 USC 2252(A)(a)(5)(B).

2. That now, Defendant asserts that there is a "fair and just reason" for requesting the withdrawal of the plea at this time Fed. R. Cr. P. 11(d)(2)(B)

3. That Defendant at all times, with the exception of his plea on February 24, 2026, maintained his innocence with regard to count 1 of the indictment.

4. That shortly after the plea, Defendant informed his counsel that he desired to withdraw this plea, and this was reflected by Mr. Graham's informing the Court and its representatives that Mr. Spink desired to withdraw his plea and would not participate in the offense specific portion of the pre-sentence interview/investigation.

5. That the subsequent delay in filing the instant motion was the result of Defendant's counsel, Mr. Graham, informing Defendant that he would not file such a motion and Defendant, consequently, searching for sources of funding for, and consultations with, private attorneys to pursue this matter on his behalf.

6. After significant searching and consulting, Defendant was unsuccessful in that search and so now files this motion individually as a practicing attorney, on his own behalf.

7. That Defendant was essentially forced to accept a plea when he

learned on the eve of his trial that his counsel had retained none of the experts that he had requested. Similarly, counsel had not collected any of the evidence requested by Defendant, likely because without the expert testimony he would not be allowed to introduce this evidence/these exhibits. Consequently, Defendant learned that he would be proceeding to trial with only his unsupported testimony in his defense.

8. Until this time, Defendant had been lead to believe that he would be able to present his defenses at trial. However, abandoned by counsel's failure to pursue his defense, Defendant was forced to plead guilty as charged. This plea was clearly the result of Defense counsel's refusal to communicate with the Defendant and failing to reasonably prepare his defense as a result, forcing Defendant to accept the plea against his wishes and judgment.

WHEREFORE Defendant requests that this motion be granted, the guilty plea with regard to Count 1 be set aside, a minimal time be allotted for Defendant to obtain his experts and prepare for trial, new standby counsel be afforded, and other relief deemed necessary by the Court.

April 28, 2026
Date

[signature]
Michael E. Siwek

Michael S[illegible]
Newaygo County Jail













Office of the Clerk
United States District Court
107 Federal Building
410 W. Michigan Avenue
Kalamazoo, MI 49007