Dear Clerk,

Attached please find Defendant's Motion to Withdraw Guilty Plea and Brief in support. Please schedule for hearing as soon as possible.

Thank you,

Michael E. Slwek

Michael Siwek
Newaygo County Jail




Office of the Clerk
United States District Court
107 Federal Building
410 W. Michigan Avenue
Kalamazoo, MI 49007