United States District Court
Western District of Michigan
Southern Division

United States of America,
Plaintiff,

v.

Michael Edward Sidock,
Defendant.

No. 1:25-cr-00004-PLM
Hon. Paul L. Maloney

FILED - KZ
June 16, 2026 12:22 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_ems_ Scanned by ES/ 6/16

Supplement to Defendant's Motion to Withdraw Guilty Plea

NOW COMES Defendant, and in supplement to his motion to withdraw guilty plea, states as follows:

1. That it has been more than twelve months since Defendant's attorney, Scott Graham, took over his representation.

2. That Defendant, despite multiple requests has never even seen a copy of his police report, let alone been given one to review.

3. That in that year, Defendant's attorney never once met with him to review and discuss the reports.

4. That in that year, Defendant's counsel never once met with him, or even called him, to discuss any potential pretrial issues that might arise from those reports.

5. That Defendant has now, just over a week ago, received a copy of the preliminary Pre-Sentence Report.

6. That from that report alone, Defendant has clearly identified multiple potential pretrial issues, that certainly should have been researched, pursued, and potentially presented to the Court for determination.

7. However, because he was too busy, or for whatever reason, Defendant's attorney never pursued anything.

WHEREFORE Defendant now requests that this Court now set aside his guilty pleas to both charges, ~~[illegible]~~ so that Defendant can exercise his right to Defend himself against the charges.

June 6, 2026
Date

[signature]
Michael E. Strock

M. Siwek
Newaygo County Jail
White Cloud, MI

GRAND RAPIDS MI 493
12 JUN 2026 PM 2 L




"This mail has originated from the Newaygo County Jail"

Office of the Clerk
United States District Court
107 Federal Building
410 W. Michigan Avenue
Kalamazoo, MI 49007