# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Michael Edward Siwek

**DISTRICT JUDGE:** Paul L. Maloney

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:25-cr-4 | 10/28/2026 | 3:12 p.m. - 4:04 p.m. | Kalamazoo | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Julia Rugg and Jonathan Roth | Joshua Adam Blanchard | CJA Appointment |

### TYPE OF HEARING

__ Arraignment:
- __mute __nolo contendre
- __not guilty __guilty

__ Final Pretrial Conference

__ Detention (waived __ )

__ Motion Hearing

__ Revocation/SRV/PV

__ Bond Violation

__ Change of Plea

✓ Sentencing

__ Trial

__ Other: ______________________

### DOCUMENTS

__ Defendant's Rights

__ Waiver of Indictment

__ Other:

Court to Issue:

__ Order of Detention

__ Notice of Sentencing

__ Order Appointing Counsel

__ Other:

### CHANGE OF PLEA

Charging Document:
- __Read __Reading Waived

Guilty Plea to Count(s) ______________

of the ______________________

Count(s) to be dismissed at sentencing:

______________________

__ Presentence Report Ordered

__ Presentence Report Waived

__ Plea Accepted by the Court

__ Plea Taken under Advisement

__ No Written Plea Agreement

### SENTENCING

Imprisonment: Cts. 1 & 2: 240 mos, concurrent

Probation: n/a

Supervised Release: Cts.1 & 2: 5yrs, concurrent

Fine: $ 0.00

Restitution: $ 174,500.00

Special Assessment: $ 200.00

Plea Agreement Accepted: __Yes __No

Defendant informed of right to appeal: ✓ Yes __No

Counsel informed of obligation to file appeal: ✓Yes __ No

Conviction Information:
- Date: 2/24/2026
- By: Plea
- As to Count (s): 1 & 2 of the Indictment

**ADDITIONAL INFORMATION:**

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Lauret Henry | **Case Manager:** A. Redmond |